# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  2:24-CR-00123-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **JARMAR BUTLER (01)** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

Having considered the Report and Recommendation [doc. 46] of the Magistrate Judge, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct, the court hereby **ORDERS** that Plaintiff's *Motion to Suppress Evidence* [doc. 34] be **DENIED**.

**SO ORDERED** at Lake Charles, Louisiana, this 27th day of May, 2025.

_____
**JUDGE JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**